PER CURIAM. We think that the plaintiff was entitled to a commission upon written interrogatories to obtain the testimony of the witness in London, and to a stay of the trial for such a time as will enable him to have the commission executed. If the commission is not returned within a reasonable time, the plaintiff may then apply at Special Term to vacate the stay. The order is therefore reversed, with $10 costs and disbursements, and the motion granted to the extent above stated.

CASOMANO, Respondent, v. FRANK et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 15, 1914.) Action by Alfonso Casomano against David Frank and others, copartners, etc. No opinion. Judgment and order unanimously affirmed, with costs.

CASPARY, Respondent, v. HATCH, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Alfred H. Caspary against Edward Hatch, Jr. L. W. Severy, of New York City, for appellant. F. F. Neuman, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 157 App. Div. 679, 142 N. Y. Supp. 785.

CASTALL, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Action by Frank Castall against the New York, Ontario & Western Railway Company. No opinion. Judgment affirmed, with costs.

CATERSON, Appellant, v. PARADISO et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Action by Sarah J. Caterson, as administratrix of the estate of John M. Caterson, deceased, against Giovina Paradiso and others. No opinion. Judgment unanimously affirmed, with costs.

In re CEBULSKY. (Supreme Court, Appellate Division, First Department. April 17, 1914.) In the matter of Jacob Cebulsky, an attorney. No opinion. Referred to official referee. Settle order on notice.

CHAPMAN, Respondent, v. NUGENT, Appellant. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Melville D. Chapman against C. Franklyn Nugent. J. W. Tobey, of New York City, for appellant. B. D. Whedon, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CHASEN, Respondent, v. ASTORIA LIGHT, HEAT & POWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 27, 1914.) Action by Max Chasen against the Astoria Light, Heat & Power Company.
PER CURIAM. Plaintiff's reaching his arm beneath the belting and along the face of the revolving pulley to apply a cling material, so as to make the pulley engage the belting, was incurring needlessly the obvious risk of his arm being drawn into the pulley. His own testimony, therefore, showed that plaintiff was not in "the exercise of due care and diligence at the time," within Labor Law (Consol. Laws, c. 31) § 200, so that at the close of the whole case defendant might properly have moved for the direction of a verdict. Although contributory negligence did appear, still it is not stated that the case as settled contains the exceptions taken by respondent. Hence, under Finney v. National Fireproofing Co., 153 App. Div. 1, 138 N. Y. Supp. 73; 208 N. Y. 625, 102 N. E. 1103, the proper disposition is to grant a new trial, and not direct final judgment, under section 1317, Code Civ. Proc. The judgment, and order denying a new trial, are therefore reversed, and a new trial granted, costs to abide the event. See, also, 147 N. Y. Supp. 1103.
JENKS, P. J., not voting.

CHASEN, Respondent, v. ASTORIA LIGHT, HEAT & POWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) Action by Max Chasen against the Astoria Light, Heat & Power Company. No opinion. Motion denied, without costs. See, also, 147 N. Y. Supp. 1103.

In re CHRISTEY. (Supreme Court, Appellate Division, Fourth Department. March 25, 1914.) In the matter of the application of Arthur B. Christey for a writ of mandamus to John F. Cochrane, as Comptroller of the City of Buffalo, and Joseph M. Gleason. No opinion. Order affirmed, with costs. For opinion below, see, 84 Misc. Rep. 172, 145 N. Y. Supp. 685. Order reversed by Court of Appeals, 105 N. E. 419.

CICIARELLI, Respondent, v. BIXBY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 13, 1914.) Action by Martina Ciciarelli, as administratrix, against James W. Bixby and others.
PER CURIAM. Order affirmed, with costs.
MERRELL, J., not sitting.

CITY OF NEW YORK v. UVALDE ASPHALT PAVING CO. et al. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by the City of New York against the Uvalde Asphalt Paving Company and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 157 App. Div. 921, 142 N. Y. Supp. 1112.

CLARKE et al. v. BECKER et al. (two cases). (Supreme Court, Appellate Division, Fourth Department. March 18, 1914.) Action by John Victor Clarke and another against Lucile C. Becker, individually and as administratrix, etc., and others. No opinion. Order affirmed, with $10 costs and disbursements. Leave to appeal to Court of Appeals denied, 147 N. Y. Supp. 1103.

CLARKE et al., Respondents, v. BECKER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by John Victor Clarke and another